**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

McNICHOLS COMPANY,

    Plaintiff,

v.                                          Case No.  8:10-cv-2115-T-30MAP

FORD STEEL LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Settlement/Dismissal (Dkt. #14).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. The Court retains jurisdiction for a period of one (1) year from the date of this Order to, if necessary, enforce the terms of the parties' Settlement Agreement and enter a Final Order or Judgment as set forth in the Settlement Agreement, or to reopen the case for further proceedings, upon good cause shown.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 27, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2115.dismiss 14.wpd